IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.F., FATHER OF J.F., A CHILD,

      Appellant,

  v.

Case No.  5D23-0364
LT Case No. 2021-DP-204

DEPARTMENT OF CHILDREN AND FAMILIES,

      Appellees.
_____/

Decision filed March 14, 2023

Appeal from the Circuit Court,
for Duval County,
W. Collins Cooper, Judge.

Michael A. Tupper, of Tupper Law,
Jacksonville, for Appellant.

Sarah Rumph, of Children Legal
Services, Tallahassee, for Appellee.

Morgan Lyle Weinstein, of Twig Trade
& Tribunal, PLLC, Fort Lauderdale, and
Sara Elizabeth Goldfarb, Statewide Director
of Appeals, and Krystle Celine Cacci, Senior
Attorney, Tallahassee, for Guardian ad Litem.

PER CURIAM.

     AFFIRMED.

EDWARDS, HARRIS and BOATWRIGHT, JJ., concur.